# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JAIME MORALES,                          Case No.:  1:19-cv-21213-RNS

       Plaintiff,

v.

IHG MANAGEMENT (MARYLAND), LLC, a Foreign Limited Liability Company, and SIX CONTINENTS HOTELS, INC., d/b/a INTERCONTINENTAL MIAMI, a Foreign Corporation,

       Defendants.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jaime Morales ("Plaintiff") and Defendant Six Continents Hotels, Inc. ("Six Continents" or "Defendant") hereby stipulate that all of Plaintiff's claims against Defendant Six Continents shall be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees.

**[SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted by,

**GOLDBERG & ROSEN, P.A.**
*Counsel for Plaintiff*
1111 Brickell Avenue-Suite 2180
Miami, Florida 33131
Telephone: 305.374.4200
Facsimile: 305.374.8024

BY: */s/ Kent Burlington*
JUDD G. ROSEN
FBN 0458953
judd@goldbergandrosen.com
KENT BURLINGTON
kent@goldbergandrosen.com
FBN 1010373


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Defendant Six Continents Hotels, Inc.*
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
Telephone: 786.353.0210
Facsimile: 786.513.2249

BY: */s/ Bradley A. Singer*
BRADLEY A. SINGER
FBN 1010872
bradley.singer@lewisbrisbois.com
DAVID L. LUCK
david.luck@lewisbrisbois.com
FBN 041379
JENNA L. FISCHMAN
jenna.fischman@lewisbrisbois.com
FBN 99400

## CERTIFICATE OF SERVICE

WE CERTIFY that on April 22, 2019, the foregoing was e-filed with the Court's CM/ECF System, which will serve copies on all counsel of record via transmission of electronic notices to counsel on the attached service list.

/s/ Bradley A. Singer

## SERVICE LIST

Judd G. Rosen, Esq.
Kent Burlington, Esq.
GOLDBERG & ROSEN, P.A.
1111 Brickell Avenue
Suite 2180
Miami, Florida 33131
Tel. (305) 374-4200
Fax. (305) 374-8024
pleadings@goldbergandrosen.com
judd@goldbergandrosen.com
kent@goldbergandrosen.com