United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jaime Morales, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Six Continental Hotels, Inc., dba Intercontinental Miami and IHG Management (Maryland), LLC, Defendants. | ) Civil Action No. 19- 21213-Civ-Scola ) ) ) ) |

**Order of Dismissal as to Defendant Six Continental Hotels Only**

The Plaintiff has dismissed Defendant Six Continental Hotels, Inc. from this case without prejudice, consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal, ECF No. 19.) The Court directs the Clerk to **terminate** only this Defendant from this case. This case is to remain open as to the remaining defendant.

**Done and ordered** at Miami, Florida on April 24, 2019.

_____
Robert N. Scola, Jr.
United States District Judge