United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jaime Morales, Plaintiff, </br></br>v.</br></br>IHG Management (Maryland), LLC, and Taurus Chutes, Inc.,</br>Defendants. | Civil Action No. 19- 21213-Civ-Scola |

### Order Granting Unopposed Motion to Remand

After the original defendant in this case removed this action to federal court, Plaintiff Jaime Morales filed a second amended complaint, adding non-diverse Defendant Taurus Chutes, Inc. (2nd Am. Compl., ECF No. 33.) Because both Morales and Taurus are domiciled in Florida, there is no longer complete diversity of citizenship among the parties. As a result, the Court now lacks subject-matter jurisdiction over this case and it must therefore be remanded back to state court. *See Combs v. USAA Cas. Ins. Co.*, 2016 WL 6695091 *2 (M.D. Fla. Nov. 15, 2016) (once "diversity jurisdiction is destroyed" by the existence of a non-diverse defendant in the litigation, then the case "must be remanded to state court").

The Court thus **grants** Morales's unopposed motion (**ECF No. 39**) and **remands** this case back to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk is directed to **close** this case and take all necessary steps to ensure prompt remand and transfer of this file. Any other pending motions are **denied as moot**.

**Done and ordered**, at Miami, Florida, on December 10, 2019.

_____
Robert N. Scola, Jr.
United States District Judge